UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x

| | |
|---|---|
| Sholom Sofer, individually and on behalf of all others similarly situated, | Civil Action No: 3:21-cv-11666 |
| Plaintiff, | |
| -v.- | |
| Midland Credit Management, Inc., And John Does 1-25 | |
| Defendants. | |

-------------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 29, 2021

| **For Plaintiff Sholom Sofer** | **For Defendant Midland Credit Management Inc.** |
|---|---|
| *s/Raphael Deutsch* | *s/Jonathan F. Ball* |
| Raphael Deutsch, Esq. | Jonathan F. Ball |
| Stein Saks, PLLC | Blank Rome, LLP |
| One University Plaza | 130 N 18th Street |
| Hackensack, NJ 07601 | Philadelphia PA 19103 |
| 201-282-6500 | 215-569-5607 |
| rdeutsch@steinsakslegal.com | jfball@blankrome.com |

So Ordered this 13th day of September, 2021.

_____
**Hon. Michael A. Shipp, U.S.D.J.**